# EXHIBIT "A"

LE... DEPART...

NOV 16 202_

**ROSENBERG, KIRBY, CAHILL, STANKOWITZ AND RICHARDSON**
Attorneys at Law
29 Main Street
Toms River, New Jersey 08753
(732)341-3337
Attorneys for Plaintiffs

| | |
|---|---|
| ASHA DUNDAS, single<br><br>Plaintiffs,<br><br>v.<br><br>HARRAH'S RESORT ATLANTIC CITY;<br>HARRAH'S ATLANTIC CITY, LLC; et als<br><br>Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION: ATLANTIC COUNTY<br>DOCKET NUMBER: ATL-L-2286-22<br><br>CIVIL ACTION<br><br>**SUMMONS** |

FROM THE STATE OF NEW JERSEY to the above named defendant:

　　Harrah's Atlantic City, LLC　　　　Harrah's Atlantic City Resort, LLC
　　777 Harrah's Boulevard　　　　　　777 Harrah's Boulevard
　　Atlantic City, NJ 08401　　　　　　Atlantic City, NJ 08401

　　　　The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it. (The address of each deputy clerk of the Superior Court is provided.) If the complaint is one in foreclosure then you must file your written answer or motion and proof of service with the Clerk of Superior Court, Hughes Justice Complex, CN 971, Trenton, NJ 08625. A filing fee payable to the Clerk of the Superior Court and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee of $135.00 + $65.00 with Counterclaim for Law Division and $135.00 for Chancery Division and completed Case Information Statement) if you want the Court to hear your defense.

　　　　If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief the plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

　　　　If you cannot afford an attorney, you may call the Legal Services office in the county where you live. A list of these offices is provided. If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling on of the Lawyer Referral Services. A list of these numbers is also provided.

DATED: November 16, 2022　　　　　　　　　　　　　　*s/Michelle M. Smith*
　　　　　　　　　　　　　　　　　　　　　　　　　　　Michelle M. Smith, Esq., Clerk, Superior Court

Name & Address of Defendant: See above

11/16/2022 11:11AM FAX  732 341 3404    Rosenberg Kirby Cahill                    ☒0007/0013

**Atlantic County:**
Deputy Clerk of the Superior Court
Civil Division, Direct Filing
1201 Bacharach Blvd., First Fl.
Atlantic City, NJ 08401
Lawyer Referral
609-345-3444
Legal Services
609-348-4200

**Bergen County:**
Deputy Clerk of the Superior Court
Case Processing Section, Room 119
Justice Center, 10 Main St.
Hackensack, NJ 07601-0769
Lawyer Referral
201-488-0044
Legal Services
201-487-2166

**Burlington County:**
Deputy Clerk of the Superior Court
Central Processing Office
Attn: Judicial Intake
First Floor, Courts Facility
49 Rancocas Road
Mt. Holly, NJ 08060
Lawyer Referral
609-261-4862
Legal Services
609-261-1088

**Camden County:**
Deputy Clerk of the Superior Court
Civil Processing Office
1st Floor, Hall of Records
101 S. Fifth Street
Camden, NJ 08103
Lawyer Referral
856-964-4520
Legal Services
856-964-2010

**Cape May County:**
Deputy Clerk of the Superior Court
9 N. Main Street
Box DN-209
Cape May Court House, NJ 08210
Lawyer Referral
609-463-0313
Legal Services
609-465-3001

**Cumberland County:**
Deputy Clerk of the Superior Court
Civil Case Management Office
Broad & Fayette Sts., P.O. Box 615
Bridgeton, NJ 08302
Lawyer Referral
856-692-6207
Legal Services
856-451-0003

**Essex County:**
Deputy Clerk of the Superior Court
50 West Market Street
Room 131
Newark, NJ 07102
Lawyer Referral
973-622-6207
Legal Services
973-624-4500

**Gloucester County:**
Deputy Clerk of the Superior Court
Civil Case Management Office
Attn: Intake
Fist Floor, Court House
1 North Broad Street, P.O. Box 129
Woodbury, NJ 08096
Lawyer Referral
856-848-4589
Legal Services
856-848-5360

**Hudson County:**
Deputy Clerk of the Superior Court
Superior Court, Civil Records Dept.
Brennan Court House-1st Floor
583 Newark Avenue
Jersey, City 07306
Lawyer Referral
201-798-2727
Legal Services
201-792-6363

**Hunterdon County:**
Deputy Clerk of the Superior Court
Civil Division
65 Park Avenue
Flemington, NJ 08862
Lawyer Referral
908-735-2611
Legal Services
908-782-7979

**Mercer County:**
Deputy Clerk of the Superior Court
Local Filing Office, Courthouse
175 South Broad Street, P.O. Box 8068
Trenton, NJ 08650
Lawyer Referral
609-585-6200
Legal Services
609-695-6249

**Middlesex County:**
Deputy Clerk of the Superior Court
Administration Building
Third Floor
1 Kennedy Sq., P.O. Box 2633
New Brunswick, NJ 08903-2633
Lawyer Referral
732-828-0053
Legal Services
732-249-7600

**Monmouth County:**
Deputy Clerk of the Superior Court
71 Monument Park
P.O. Box 1269
Freehold, NJ 07728-1262
Lawyer Referral
732-431-5544
Legal Services
732-866-0020

**Morris County:**
Deputy Clerk of the Superior Court
Civil Division
30 Schuyler Pl., P.O. Box 910
Morristown, NJ 07960-0910
Lawyer Referral
973-267-5882
Legal Services
973-285-6911

**Ocean County:**
Deputy Clerk of the Superior Court
Court House, Room 119
118 Washington Street
Toms River, NJ 08754
Lawyer Referral
732-240-3666
Legal Services
732-341-2727

**Passaic County:**
Deputy Clerk of the Superior Court
Civil Division
Court House
77 Hamilton Street
Paterson, NJ 07505
Lawyer Referral
973-278-9223
Legal Services
973-345-7171

**Salem County:**
Deputy Clerk of the Superior Court
92 Market Street, P.O. Box 18
Salem, NJ 08079
Lawyer Referral
856-935-5628
Legal Services
856-451-0003

**Somerset County:**
Deputy Clerk of the Superior Court
Civil Division Office
New Court House, 3rd Floor
P.O. Box 3000
Somerville, NJ 08876
Lawyer Referral
908-685-2323
Legal Services
908-231-0840

**Sussex County:**
Deputy Clerk of the Superior Court
Sussex County Judicial Center
43-47 High Street
Newton, NJ 07860
Lawyer Referral
973-267-5882
Legal Services
973-383-7400

**Union County:**
Deputy Clerk of the Superior Court
1st Floor, Court House
2 Broad Street
Elizabeth, NJ 07207-6073
Lawyer Referral
908-353-4715
Legal Services
908-354-4340

**Warren County:**
Deputy Clerk of the Superior Court
Civil Division Office
Court House
Belvidere, NJ 07823-1500
Lawyer Referral
973-267-5882
Legal Services
973-475-2010

ATL-L-002786-22    13/2022 11:55:35 AM   Pg 1 of 4  Trans   LCV20223637204

ROSENBERG, KIRBY, CAHILL,
STANKOWITZ & RICHARDSON
Attorneys at Law
29 Main Street
Toms River, New Jersey 08753
(732) 341-3337
Attorneys for Plaintiffs
Attorney ID: 016441992

ASHA DUNDAS, single

    Plaintiff,

v.

HARRAH'S RESORT ATLANTIC CITY;
HARRAH'S ATLANTIC CITY, LLC,
ABC COMPANY (1-10) (fictitious
names, true names unknown at this time), a
business entity authorized to do business
in the State of New Jersey; XYZ
MAINTENANCE COMPANY (1-10)
(fictitious names, true names unknown
at this time), a business entity authorized to
do business in the State of New Jersey;
JOHN DOE (1-10) (fictitious names, true
names unknown at this time); JANE DOE
(1-10) (fictitious names, true names
unknown at this time);

    Defendants.

SUPERIOR COURT OF NEW JERSEY
LAW DIVISION : ATLANTIC COUNTY
DOCKET NO. ATL-L- 2786-22

CIVIL ACTION

**COMPLAINT**
(Personal Injuries)

Plaintiff, ASHA DUNDAS, presently residing in the Borough of New York, Kings County, State of New York, through her attorneys, by way of Complaint, say:

## FIRST COUNT

1. On or about May 21, 2022, plaintiff, ASHA DUNDAS, was lawfully upon premises commonly known as HARRAH'S RESORT ATLANTIC CITY, located on Harrah's Boulevard, in Atlantic City, County of Atlantic and State of New Jersey, which premises were owned and/or leased and/or operated and/or maintained

ATL-L-002786-22      13/2022 11:55:35 AM   Pg 2 of 4   Trans   LCV20223637204

and/or under the supervision and control of the defendants, HARRAH'S RESORT ATLANTIC CITY; HARRAH'S ATLANTIC CITY, LLC; ABC COMPANY (1-10) (fictitious names, true names unknown at this time), a business entity authorized to do business in the State of New Jersey; XYZ MAINTENANCE COMPANY (1-10) (fictitious names, true names unknown at this time), a business entity authorized to do business in the State of New Jersey; JOHN DOE (1-10) (fictitious names, true names unknown at this time); JANE DOE (1-10) (fictitious names, true names unknown at this time).

2. Plaintiff was a business invitee, and/or licensee, having gone to the aforesaid business location for foreseeable purposes.

3. While lawfully upon the premises plaintiff, ASHA DUNDAS was caused to sustain severe injuries due to an unsafe condition that existed upon said premises, which condition defendants created, tolerated, maintained, knew of or should have known of, but did not warn or alert plaintiff, ASHA DUNDAS.

4. Said unsafe condition was due to the negligence of the defendants.

5. As a result of the carelessness and negligence of the defendant, plaintiff ASHA DUNDAS, was caused to sustain severe injuries, both temporary and permanent in nature, together with great pain and suffering as well as serious economic loss, and was prevented from transacting lawful business and affairs and had to expend sums for medical expenses, all of which are expected to continue into the future.

WHEREFORE, Plaintiffs demand judgment against the Defendants for damages, interest, costs of suit and such other relief as this Court may deem just and equitable.

ATL-L-002786-22     3/2022 11:55:35 AM  Pg 3 of 4  Trans  LCV20223637204

## SECOND COUNT

1. Plaintiffs repeat each and every allegation of the First Count as if set forth at length herein.

2. On the aforesaid date and time, and at the aforesaid place, the aforesaid accident was caused by the negligent actions/inactions of JOHN DOE (1-10), fictitious names for parties yet to be identified.

3. As a result of the negligence and carelessness of JOHN DOE (1-10) (fictitious names, true names unknown at this time), plaintiff ASHA DUNDAS was caused to sustain severe injuries, both temporary and permanent in nature, together with great pain and suffering as well as serious economic loss, and was prevented from transacting lawful business and affairs and had to expend sums for medical expenses, all of which are expected to continue into the future.

WHEREFORE, Plaintiffs demand judgment against the Defendants for damages, interest, costs of suit and such other relief as this Court may deem just and equitable.

_____
MICHAEL P. CAHILL, ESQUIRE

Dated:   October 12, 2022

## DESIGNATION OF TRIAL COUNSEL

Pursuant to R.4:5-1(c), Michael P. Cahill, Esquire is hereby designated as trial counsel.

_____
MICHAEL P. CAHILL, ESQUIRE

Dated:   October 12, 2022

## JURY DEMAND

PLEASE TAKE NOTICE that the Plaintiffs demand a trial by jury.

MICHAEL P. CAHILL, ESQUIRE

Dated: October 12, 2022

## CERTIFICATION PURSUANT TO R.4:5-1

The matter in controversy involved in this action is not the subject of any other action pending in any Court, nor of any pending arbitration proceeding and no other action or arbitration proceeding is contemplated by my client. No parties other than those named herein should be joined in this action.

I hereby certify that the foregoing is true to the best of my knowledge, information and belief.

MICHAEL P. CAHILL, ESQUIRE

Dated: October 12, 2022

## CERTIFICATION PURSUANT TO R. 1:38-7(b)

I certify that confidential personal identifiers have been redacted from documents now submitted to the Court and will be redacted from documents submitted in the future in accordance with Rule 1:38-7(b).

MICHAEL P. CAHILL, ESQUIRE

Dated: October 12, 2022

# Civil Case Information Statement

### Case Details: ATLANTIC | Civil Part Docket# L-002786-22

| | |
|---|---|
| Case Caption: DUNDAS ASHA VS HARRAH'S RESORT ATLANTIC CITY | Case Type: PERSONAL INJURY |
| Case Initiation Date: 10/13/2022 | Document Type: Complaint with Jury Demand |
| Attorney Name: MICHAEL PHILIP CAHILL | Jury Demand: YES - 6 JURORS |
| Firm Name: ROSENBERG KIRBY CAHILL & STANKOWITZ | Is this a professional malpractice case? NO |
| Address: 29 MAIN STREET | Related cases pending: NO |
| TOMS RIVER NJ 08753 | If yes, list docket numbers: |
| Phone: 7323413337 | Do you anticipate adding any parties (arising out of same transaction or occurrence)? NO |
| Name of Party: PLAINTIFF : Dundas, Asha | Does this case involve claims related to COVID-19? NO |
| Name of Defendant's Primary Insurance Company (if known): None | Are sexual abuse claims alleged by: Asha Dundas? NO |

THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE
CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

Do parties have a current, past, or recurrent relationship? NO

If yes, is that relationship:

Does the statute governing this case provide for payment of fees by the losing party? NO

Use this space to alert the court to any special case characteristics that may warrant individual management or accelerated disposition:

Do you or your client need any disability accommodations? NO
    If yes, please identify the requested accommodation:

Will an interpreter be needed? NO
    If yes, for what language:

**Please check off each applicable category: Putative Class Action?** NO  **Title 59?** NO  **Consumer Fraud?** NO

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b)

| | |
|---|---|
| 10/13/2022 | /s/ MICHAEL PHILIP CAHILL |
| Dated | Signed |